1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL J. PAYAN,                )        NO. ED CV 09-543-RGK(E)
                                      )
12              Petitioner,           )
                                      )
13       v.                           )            JUDGMENT
                                      )
14   DEBRA HERNDON, Warden,           )
                                      )
15              Respondent.           )
     _____ )

16

17

18       Pursuant to the Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that the Petition is denied and dismissed with

22   prejudice.

23

24       DATED: January 15, 2010

25

26   _____
                      R. GARY KLAUSNER
27            UNITED STATES DISTRICT JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28